JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **REBECCA HELLER,** individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**LABORATORY CORPORATIONS OF AMERICA d/b/a LCA COLLECTIONS**,<br><br>Defendant. | Case No. 2:20-cv-00482-MWF-SS<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

IT IS HEREBY ORDERED that pursuant to the Notice of Plaintiff, this matter is dismissed without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Dated: February 26, 2020

_____
The Honorable Michael W. Fitzgerald

Order to Dismiss - 1